FILED
U.S. DISTRICT COURT
BV.
2011 JUN 21 PM 4:57
C. Robin
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FAUSTO L. LOPEZ,

    Petitioner,

v.                               CIVIL ACTION NO.: CV211-065

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Fausto Lopez ("Lopez") asserts that his trial judge in the Middle District of Florida erred by failing to consider that a language barrier existed between him and his counsel. However, Lopez does not make any assertions which reveal he satisfies the savings clause of 28 U.S.C. § 2255 (section 2255(e)) so that he may proceed with his cause of action.

Lopez's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Lopez's petition for writ of habeas corpus, filed pursuant to 28

AO 72A
(Rev. 8/82)

U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of July, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA